WILLIAM N. LANDON, Respondent, *v.* THE CITY OF SYRACUSE
et al., Appellants.

*Landon* v. *City of Syracuse*, 19 App. Div. 41, affirmed.
(Argued March 27, 1900; decided May 15, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
June 21, 1897, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special
Term.

*James E. Newell* for appellants.

*Ray B. Smith* for respondent.

Judgment affirmed, with costs, on authority of *Alvord* v.
*City of Syracuse* (163 N. Y. 158).

---

JOEL A. HAMILTON, Respondent, *v.* OWEGO WATER WORKS,
Appellant.

*Hamilton* v. *Owego Water Works*, 22 App. Div. 573, affirmed.
(Argued March 28, 1900; decided May 15, 1900.)

APPEAL from a judgment of the Supreme Court, entered in
favor of plaintiff December 18, 1897, upon an order of the
Appellate Division in the third judicial department, reversing
an order of the trial court granting a motion for a new trial
after a verdict had been found in favor of plaintiff.

*Martin S. Lynch* for appellant.

*S. D. Halliday* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, CULLEN
and WERNER, JJ. Not sitting: LANDON, J.